# EARNINGS STATEMENT

**VRAI JEWELRY LLC**

(Legal Address)
322 East Grand Avenue
South San Francisco, CA 94080
Phone: +18882508129

(Work address)
132 South 17th Street
Philadelphia, PA 19103
Phone: +18882508129

**PAID TO:**

Brandi Jones

529 Holly Road
Yeadon, PA 19050
SSN: ...1447

THIS IS NOT A CHECK

**ADVICE OF DEPOSIT**

**PAY PERIOD:**
03/16/2026 - 03/29/2026

**PAY DATE:**
04/03/2026

**GROSS PAY:**
$2,722.38

**NET PAY:**
$1,854.25

| TIME OFF | USED (HOURS) | ACCRUED (HOURS) | BALANCE (HOURS) |
|---|---|---|---|
| Pre-Planned PTO | 0.00 | - | Unlimited |
| Sick | 8.00 | - | Unlimited |
| Unplanned PTO | 0.00 | - | Unlimited |

| EARNINGS | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|
| Base Pay | $34.00 | 71.71 | $2,438.15 | $16,991.75 |
| Overtime(1.5x Base) | $53.12 | 0.23 | $12.23 | $664.50 |
| Commission | - | - | $0.00 | $83.19 |
| PTO Hours | $34.00 | 8.00 | $272.00 | $1,734.00 |
| Holiday Hours | $34.00 | - | $0.00 | $272.00 |

| TAXES WITHHELD | CURRENT | YTD |
|---|---|---|
| Federal Income Tax | $211.12 | $1,764.97 |
| Medicare Tax | $37.88 | $275.79 |
| Social Security | $161.96 | $1,179.22 |
| Pennsylvania SUI | $1.88 | $13.69 |
| Pennsylvania State Tax | $80.20 | $583.91 |
| Philadelphia City Tax | $92.26 | $671.01 |

| DEDUCTIONS | CURRENT EMP. DEDUCTION | CURRENT CO. CONTRIBUTION | YTD EMP. DEDUCTION | YTD CO. CONTRIBUTION |
|---|---|---|---|---|
| 401K | $163.34 | $0.00 | $322.59 | $0.00 |
| Dental Deductions | $12.72 | $12.72 | $89.01 | $89.01 |
| Vision Deductions | $2.74 | $2.73 | $19.15 | $19.11 |
| Short Term Disability Deductions | $7.06 | $0.00 | $49.42 | $0.00 |
| Medical Deductions | $41.33 | $351.28 | $289.31 | $2,458.93 |
| Long Term Disability Deductions | $2.30 | $0.00 | $16.10 | $0.00 |
| Health FSA | $20.84 | $0.00 | $145.85 | $0.00 |
| Transit Pre-tax | $32.50 | $0.00 | $182.50 | $0.00 |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $2,722.38 | $19,745.44 |
| Previous Corrections (Tax Reversal) | $0.00 | $0.01 |
| Deductions | $282.83 | $1,113.93 |
| Taxes | $585.30 | $4,488.59 |
| Net Pay | $1,854.25 | $14,142.93 |
| Acct# ...045 Trace: | $92.71 | |
| Acct# ...623 Trace: | $1,761.54 | |

 

## EARNINGS STATEMENT

**VRAI JEWELRY LLC**

(Legal Address)
322 East Grand Avenue
South San Francisco, CA 94080
Phone: +18882508129

(Work address)
132 South 17th Street
Philadelphia, PA 19103
Phone: +18882508129

**PAID TO:**

Brandi Jones

529 Holly Road
Yeadon, PA 19050
SSN: ...1447



**ADVICE OF DEPOSIT**

**PAY PERIOD:**
03/30/2026 - 04/12/2026

**PAY DATE:**
04/17/2026

**GROSS PAY:**
$2,667.60

**NET PAY:**
$1,817.84

| TIME OFF | USED (HOURS) | ACCRUED (HOURS) | BALANCE (HOURS) |
|---|---|---|---|
| Pre-Planned PTO | 0.00 | - | Unlimited |
| Sick | 0.00 | - | Unlimited |
| Unplanned PTO | 0.00 | - | Unlimited |

| EARNINGS | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|
| Base Pay | $34.00 | 78.46 | $2,667.60 | $19,659.35 |
| Overtime(1.5x Base) | $51.00 | - | $0.00 | $664.50 |
| Commission | - | - | $0.00 | $424.18 |
| PTO Hours | $34.00 | - | $0.00 | $1,734.00 |
| Holiday Hours | $34.00 | - | $0.00 | $272.00 |
| Retro overtime earning due to bonus | - | - | $0.00 | $0.06 |

| TAXES WITHHELD | CURRENT | YTD |
|---|---|---|
| Federal Income Tax | $203.85 | $2,043.85 |
| Medicare Tax | $37.08 | $317.82 |
| Social Security | $158.57 | $1,358.94 |
| Pennsylvania SUI | $1.84 | $15.77 |
| Pennsylvania State Tax | $78.52 | $672.90 |
| Philadelphia City Tax | $90.38 | $773.09 |

| DEDUCTIONS | CURRENT EMP. DEDUCTION | CURRENT CO. CONTRIBUTION | YTD EMP. DEDUCTION | YTD CO. CONTRIBUTION |
|---|---|---|---|---|
| 401K | $160.06 | $0.00 | $482.65 | $0.00 |
| Dental Deductions | $12.71 | $12.71 | $101.72 | $101.72 |
| Vision Deductions | $2.73 | $2.73 | $21.88 | $21.84 |
| Short Term Disability Deductions | $7.06 | $0.00 | $56.48 | $0.00 |
| Medical Deductions | $41.33 | $351.27 | $330.64 | $2,810.20 |
| Long Term Disability Deductions | $2.30 | $0.00 | $18.40 | $0.00 |
| Health FSA | $20.83 | $0.00 | $166.68 | $0.00 |
| Transit Pre-tax | $32.50 | $0.00 | $215.00 | $0.00 |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $2,667.60 | $22,754.09 |
| Previous Corrections (Tax Reversal) | $0.00 | $0.01 |
| Deductions | $279.52 | $1,393.45 |
| Taxes | $570.24 | $5,182.37 |
| Net Pay | $1,817.84 | $16,178.28 |
| Acct# ...045 Trace: | $90.89 | |
| Acct# ...623 Trace: | $1,726.95 | |

# EARNINGS STATEMENT

**VRAI JEWELRY LLC**
(Legal Address)
322 East Grand Avenue
South San Francisco, CA 94080
Phone: +18882508129

(Work address)
132 South 17th Street
Philadelphia, PA 19103
Phone: +18882508129

**PAID TO:**
Brandi Jones

529 Holly Road
Yeadon, PA 19050
SSN: ...1447

**ADVICE OF DEPOSIT**

**PAY PERIOD:**
04/13/2026 - 04/26/2026

**PAY DATE:**
05/01/2026

**GROSS PAY:**
$2,722.03

**NET PAY:**
$1,902.14

THIS IS NOT A CHECK

| TIME OFF | USED (HOURS) | ACCRUED (HOURS) | BALANCE (HOURS) |
|---|---|---|---|
| Pre-Planned PTO | 0.00 | - | Unlimited |
| Sick | 0.00 | - | Unlimited |
| Unplanned PTO | 0.00 | - | Unlimited |

| EARNINGS | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|
| Base Pay | $34.00 | 79.78 | $2,712.61 | $22,371.96 |
| Overtime(1.5x Base) | $51.00 | 0.18 | $9.42 | $673.92 |
| Commission | - | - | $0.00 | $424.18 |
| PTO Hours | $34.00 | - | $0.00 | $1,734.00 |
| Holiday Hours | $34.00 | - | $0.00 | $272.00 |
| Retro overtime earning due to bonus | - | - | $0.00 | $0.06 |

| TAXES WITHHELD | CURRENT | YTD |
|---|---|---|
| Federal Income Tax | $217.39 | $2,261.24 |
| Medicare Tax | $37.87 | $355.69 |
| Social Security | $161.94 | $1,520.88 |
| Pennsylvania SUI | $1.88 | $17.65 |
| Pennsylvania State Tax | $80.19 | $753.09 |
| Philadelphia City Tax | $92.25 | $865.34 |

| DEDUCTIONS | CURRENT EMP. DEDUCTION | CURRENT CO. CONTRIBUTION | YTD EMP. DEDUCTION | YTD CO. CONTRIBUTION |
|---|---|---|---|---|
| 401K | $108.88 | $0.00 | $591.53 | $0.00 |
| Dental Deductions | $12.72 | $12.72 | $114.44 | $114.44 |
| Vision Deductions | $2.74 | $2.73 | $24.62 | $24.57 |
| Short Term Disability Deductions | $7.06 | $0.00 | $63.54 | $0.00 |
| Medical Deductions | $41.33 | $351.28 | $371.97 | $3,161.48 |
| Long Term Disability Deductions | $2.30 | $0.00 | $20.70 | $0.00 |
| Health FSA | $20.84 | $0.00 | $187.52 | $0.00 |
| Transit Pre-tax | $32.50 | $0.00 | $247.50 | $0.00 |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $2,722.03 | $25,476.12 |
| Previous Corrections (Tax Reversal) | $0.00 | $0.01 |
| Deductions | $228.37 | $1,621.82 |
| Taxes | $591.52 | $5,773.89 |
| Net Pay | $1,902.14 | $18,080.42 |
| Acct# ...045 Trace: | $95.11 | |
| Acct# ...623 Trace: | $1,807.03 | |

# EARNINGS STATEMENT

**VRAI JEWELRY LLC**
(Legal Address)
322 East Grand Avenue
South San Francisco, CA 94080
Phone: +18882508129

(Work address)
132 South 17th Street
Philadelphia, PA 19103
Phone: +18882508129

**PAID TO:**
Brandi Jones

529 Holly Road
Yeadon, PA 19050
SSN: ...1447

THIS IS NOT A CHECK

**ADVICE OF DEPOSIT**

**PAY PERIOD:**
04/27/2026 - 05/10/2026

**PAY DATE:**
05/15/2026

**GROSS PAY:**
$2,695.52

**NET PAY:**
$1,883.71

| TIME OFF | USED (HOURS) | ACCRUED (HOURS) | BALANCE (HOURS) |
|---|---|---|---|
| Pre-Planned PTO | 0.00 | - | Unlimited |
| Sick | 8.00 | - | Unlimited |
| Unplanned PTO | 0.00 | - | Unlimited |

| EARNINGS | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|
| Base Pay | $34.00 | 71.06 | $2,415.90 | $24,787.86 |
| Overtime(1.5x Base) | $51.00 | 0.15 | $7.62 | $681.54 |
| Commission | - | - | $0.00 | $424.18 |
| PTO Hours | $34.00 | 8.00 | $272.00 | $2,006.00 |
| Holiday Hours | $34.00 | - | $0.00 | $272.00 |
| Retro overtime earning due to bonus | - | - | $0.00 | $0.06 |

| TAXES WITHHELD | CURRENT | YTD |
|---|---|---|
| Federal Income Tax | $214.17 | $2,475.41 |
| Medicare Tax | $37.49 | $393.18 |
| Social Security | $160.30 | $1,681.18 |
| Pennsylvania SUI | $1.86 | $19.51 |
| Pennsylvania State Tax | $79.37 | $832.46 |
| Philadelphia City Tax | $91.34 | $956.68 |

| DEDUCTIONS | CURRENT EMP. DEDUCTION | CURRENT CO. CONTRIBUTION | YTD EMP. DEDUCTION | YTD CO. CONTRIBUTION |
|---|---|---|---|---|
| 401K | $107.82 | $0.00 | $699.35 | $0.00 |
| Dental Deductions | $12.71 | $12.71 | $127.15 | $127.15 |
| Vision Deductions | $2.73 | $2.73 | $27.35 | $27.30 |
| Short Term Disability Deductions | $7.06 | $0.00 | $70.60 | $0.00 |
| Medical Deductions | $41.33 | $351.27 | $413.30 | $3,512.75 |
| Long Term Disability Deductions | $2.30 | $0.00 | $23.00 | $0.00 |
| Health FSA | $20.83 | $0.00 | $208.35 | $0.00 |
| Transit Pre-tax | $32.50 | $0.00 | $280.00 | $0.00 |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $2,695.52 | $28,171.64 |
| Previous Corrections (Tax Reversal) | $0.00 | $0.01 |
| Deductions | $227.28 | $1,849.10 |
| Taxes | $584.53 | $6,358.42 |
| Net Pay | $1,883.71 | $19,964.13 |
| Acct# ...045 Trace: | $94.19 | |
| Acct# ...623 Trace: | $1,789.52 | |

## EARNINGS STATEMENT

**EMPLOYER:**

VRAI Jewelry LLC
322 East Grand Avenue
South San Francisco, California 94080
Phone: +1 (888) 250-8129

**PAID TO:**

Brandi Jones
529 Holly Road
Yeadon, Pennsylvania 19050
SSN: ...1447

THIS IS NOT A CHECK

**ADVICE OF DEPOSIT**

**PAY PERIOD:**
5/11/2026 - 5/24/2026

**PAY DATE:**
5/29/2026

**GROSS PAY:**
$2,703.80

**NET PAY:**
$1,979.73

| TIME OFF | USED | ACCRUED | BALANCE |
|---|---|---|---|
| Sick | 0.00 hours | - | Unlimited |
| Unplanned PTO | 0.00 hours | - | Unlimited |
| Pre-Planned PTO | 0.00 hours | - | Unlimited |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $2,703.80 | $30,875.44 |
| Deductions | $108.15 | $1,957.25 |
| Taxes | $615.92 | $6,974.34 |
| Net Pay | $1,979.73 | $21,943.86 |
| Acct# ...045 Trace: | $98.99 | |
| Acct# ...623 Trace: | $1,880.74 | |

| EARNINGS | RATE | CURRENT HOURS | CURRENT PERIOD | YTD HOURS | YTD AMOUNT |
|---|---|---|---|---|---|
| Base Pay | $34.00 | 79.5236 | $2,703.80 | 808.5783 | $27,491.66 |
| Overtime | $51.00 | 0.0000 | $0.00 | 13.3435 | $681.54 |
| Holiday Pay | $34.00 | 0.0000 | $0.00 | 8.0000 | $272.00 |
| Paid Time Off | $34.00 | 0.0000 | $0.00 | 59.0000 | $2,006.00 |
| Commission | - | 0 | $0.00 | 0 | $424.18 |
| Retro overtime earning due to bonus | - | 0 | $0.00 | 0 | $0.06 |

| EMPLOYEE TAXES | CURRENT PERIOD | YTD AMOUNT |
|---|---|---|
| Social Security Tax - Employee | $167.64 | $1,848.82 |
| Federal Income Tax | $231.43 | $2,706.84 |
| Medicare Tax - Employee | $39.21 | $432.39 |
| Pennsylvania State Tax | $83.01 | $915.47 |
| Pennsylvania SUI | $1.89 | $21.40 |
| Philadelphia City Tax | $92.74 | $1,049.42 |

| DEDUCTIONS | CURRENT EMP. DEDUCTION | CURRENT CO. CONTRIBUTION | YTD EMP. DEDUCTION | YTD CO. CONTRIBUTION |
|---|---|---|---|---|
| Transit Pre-tax | $0.00 | $0.00 | $280.00 | $0.00 |
| Health FSA | $0.00 | $0.00 | $208.35 | $0.00 |
| Long Term Disability Deductions | $0.00 | $0.00 | $23.00 | $0.00 |
| Short Term Disability Deductions | $0.00 | $0.00 | $70.60 | $0.00 |
| Vision Deductions | $0.00 | $0.00 | $27.35 | $27.30 |
| Dental Deductions | $0.00 | $0.00 | $127.15 | $127.15 |
| Medical Deductions | $0.00 | $0.00 | $413.30 | $3,512.75 |
| 401K | $108.15 | $0.00 | $807.50 | $0.00 |

*Retro overtime earning due to bonus: Additional overtime pay based on a bonus or commissions earned during prior pay periods but paid out in this pay period*