# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Brandi Jones, | Case No. 26-12407 |
| | Chapter 13 |
| *Debtor*. | |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on June 2, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: June 2, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service – CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Standing Chapter 13 Trustee (TBD)**

## Method of Service - First Class Mail

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Comenity Bank/Buckle**
Attn: Bankruptcy
P.O.Box 182273
Columbus, OH 43218-2273

**Cornerstone**
PO Box 82561
Lincoln, NE 68501

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Nordstrom FSB**
ATTN: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555

**Philadelphia Federal Credit Union**
Attn: Bankruptcy
12800 Townsend Rd
Philadelphia, PA 19154-1003

**Selfinc/Lead**
Self Financial, Inc., Attn: Bankruptcy PO Box 11
Southlake, TX 76092-9998